**Lorico S. EDWARDS, Petitioner,**

v.

**MERIT SYSTEMS PROTECTION BOARD, Respondent.**

No. 2011–3236.

United States Court of Appeals, Federal Circuit.

Feb. 17, 2012.

### ORDER

The petitioner having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**ION GEOPHYSICAL CORPORATION, Plaintiff–Cross Appellant,**

v.

**SERCEL, INC., Defendant–Appellant.**

Nos. 2011–1255, 2011–1269.

United States Court of Appeals, Federal Circuit.

Feb. 17, 2012.

Matthew G. Reeves, Locke Lord Bissell & Liddell LLP, of Houston, Texas, argued for plaintiff-cross appellant. With him on the brief was Christopher Dove. On the brief was Michael O. Sutton, Sutton McAughan Deaver PLLC, of Houston Texas.

Gregory A. Castanias, Jones Day, of Washington, DC, argued for the defendant-appellant. With him on the brief were Hilda C. Galvan, Robert W. Turner, and Margaret I. Lyle, Dallas, Texas.

NEWMAN, LOURIE, and MOORE, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED. *See* Fed. Cir. R. 36.**